MILLER, Respondent, v. NEW YORK BUTCHERS' DRESSED MEAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Frank Miller against the New York Butchers' Dressed Meat Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILLIKEN BROS., Inc., v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Milliken Bros., Incorporated, against the City of New York and others. No opinion. Motion granted, unless appellants comply with terms stated 'in order. Order filed. See, also, 135 App. Div. 598, 120 N. Y. Supp. 841; 141 N. Y. Supp. 724.

MISNER, Appellant, v. MADDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Clara A. Misner against Dora S. Madden. No opinion. Judgment affirmed, with costs.

MITTELDORF, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Isaac Mitteldorf against Seth M. Milliken and others. J. A. Leve, of New York City, for appellant: A. I. Elkus, of New York City, for respondents. No opinion. Order modified, as stated in memorandum, and, as modified, affirmed, with $10 costs and disbursements to the respondent. Settle order on notice. Memorandum per curiam.

MONARCH ROAD ROLLER CO., Respondent, v. STEWART-KERBAUGH-SHANLEY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the Monarch Road Roller Company against the Stewart-Kerbaugh-Shanley Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, first, that it was a question of fact as to whether it was the negligence of the engineer of the appellant which caused the fire; and, second, that in case the jury should find that it was the negligence of the respondent's engineer which caused the fire, then the evidence presented a question of fact as to whether at the time the respondent's engineer was engaged in the work of the appellant or in the work of the respondent. See, also, 154 App. Div. 918, 138 N. Y. Supp. 1130.

FOOTE, J., dissents.

MORIARTY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Annie Moriarty, as administratrix, etc., against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MORRIS v. WARREN. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Appeal from Special Term, New York County. Action by Frederick Morris against E. Douglas Warren. From an order granting plaintiff's motion for bill of particulars with reference to defendant's counterclaim, he appeals. Reversed. Harry R. Kohn, of New York City, for appellant. Franklin H. Mills, of New York City, for respondent.

PER CURIAM. It is obvious that the paragraph numbered 8 included in the counterclaim herein refers to all the stock delivered to the plaintiff under the alleged contract between him and the defendant, and therefore a bill of particulars thereof is unnecessary. The order appealed from will therefore be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

MORSE et al., Appellants, v. KELSEY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Charles A. Morse and another against Carolyn T. Kelsey and others. J. W. Middlebrook, of New York City, for appellants. C. G. Walter, of New York City, for respondents. No opinion. Judgment (78 Misc. Rep. 99, 138 N. Y. Supp. 729) affirmed, with costs, on the opinion of PAGE, J. Order filed.

MORTON-LANGE CONST. Co., Respondent, v. BOISSE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by the Morton-Lange Construction Company against Julia H. Boisse and another.

PER CURIAM. The motion to include the notice of appeal of the defendant Parker in the present appeal record is granted, without costs, on condition that said defendant appellant stipulate to limit his appeal to such questions as may arise upon the judgment roll only; otherwise, motion denied, with $10 costs.

MULLER, Respondent, v. POPE-HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Thomas Muller, against the Pope-Hartford Auto Company. No opinion. Order denying motion for new trial unanimously affirmed, with costs. See, also, 141 N. Y. Supp. 1132, 1133.

MULLER, Respondent, v. POPE-HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Thomas Muller against the Pope-Hartford Auto Company. No opinion. Judgment and order unanimously affirmed. with costs. See, also, 141 N. Y. Supp. 1132, 1133.

MULLER, Respondent, v. POPE-HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department.

May 9, 1913.) Action by Thomas Muller against the Pope-Hartford Auto Company.

PER CURIAM. Motion for reargument denied, with $10 costs. See, also, 141 N. Y. Supp. 1132, 1133.

PUTNAM, J., not voting.

MULLER, Respondent, v. POPE–HARTFORD AUTO CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Thomas Muller against the Pope-Hartford Auto Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied. See, also, 141 N. Y. Supp. 1132, 1133.

PUTNAM, J., not voting.

MURPHY, Appellant, v. HAGGERTY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by John J. Murphy against Henry F. Haggerty and others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

MURPHY, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Isabella M. Murphy against James T. Murphy. J. S. Belfer, of Brooklyn, for appellant. No opinion. Order modified, as stated in memorandum, and, as modified, affirmed, with $10 costs and disbursements. Settle order on notice. Memorandum per curiam.

MURRAY & HILL CO. v. BOREAS REALTY CO. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by the Murray & Hill Company against the Boreas Realty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1132.

MURTHA v. CENTRAL PARK, N. & E. R. R. CO. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Mary Murtha against the Central Park, North & East River Railroad Company. No opinion. Motion granted; proper bond to be filed within five days after decision of this motion. Settle order on notice. See, also, 154 App. Div. 937, 139 N. Y. Supp. 1135.

MYERS, Respondent, v. MEYERS, Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Action by Marie Gardenhire Myers and Walter Perry Meyers.

PER CURIAM. Motion for stay granted, on condition that defendant file an undertaking in the sum of $1,000, continue the present voluntary payment of $15 per week, pay all arrears thereof, if any, and be ready for argument when reached; otherwise, motion denied, with $10 costs. Settle order before the Presiding Justice.

NATIONAL FIRE INS. CO. OF ONONDAGA COUNTY, Appellant, v. JARVIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the National Fire Insurance Company of Onondaga County, by John F. Nash, receiver, against Nelson Jarvis. No opinion. Judgment affirmed, with costs.

N. DAIN'S SONS' CO. v. UNION FREE SCHOOL DIST. NO. 7 OF TOWN OF CORTLANDT et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by N. Dain's Sons' Company against Union Free School District No. 7 of the Town of Cortlandt, etc., and others, wherein defendant, John Lowry, Jr., appeals.

PER CURIAM. Judgment modified, by reducing plaintiff's lien and recovery to $1,362.79, with interest from the date of the entry of the judgment, and by reducing the lien and recovery of respondent Lounsbury & Sons Company to $323.50, with interest from the date of the entry of the judgment, and, as so modified, affirmed, without costs.

N. E. TAYLOR & CO. v. FITZPATRICK. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by N. E. Taylor & Co. against John H. Fitzpatrick. No opinion. Motion granted, with $10 costs. Order filed. See, also, 153 App. Div. 896, 138 N. Y. Supp. 1120.

NEW YORK CENT. & H. R. R. CO., Appellant, v. CITY OF BUFFALO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by the New York Central & Hudson River Railroad Company against the City of Buffalo and George H. Zimmerman, as Comptroller, etc. No opinion. Judgment (76 Misc. Rep. 655, 135 N. Y. Supp. 196), so far as appealed from, affirmed, with costs.

In re NIAGARA, LOCKPORT & ONTARIO POWER CO. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) In the matter of the application of the Niagara, Lockport & Ontario Power Company relative to acquiring title to real estate, etc., of Hubert Snyder and others. No opinion. Order affirmed with $10 costs and disbursements.

NICHOLSON, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Alexander G. Nicholson against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

NIVER, Respondent, v. HINDS, NOBLE & ELDREDGE, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Harmon B. Niver against Hinds, Noble & Eldredge. R. Hinds, of New